**Entered on Docket
February 05, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank National Association, as Trustee for CMLTI 2007-WFHE3
09-50950

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-32698-bam |
| Beatriz Diaz | Date: 1/19/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

**ORDER VACATING AUTOMATIC STAY**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor U.S. Bank National Association, as Trustee for CMLTI 2007-WFHE3, its assignees and/or successors in interest, of the subject property, generally described as 6250 West Flamingo Road Unit 44, Las Vegas, NV 89103, and legally described as follows:

In the County Clark of Clark, State of Nevada and is described as follows:

PARCEL I:

AN UNDIVIDED 1/15TH INTEREST IN AND TO PHASE 3, COMMON AREA, AS THE SAME IS DELINEATED ON THE PLAT OF FLAMINGO RIGDE IN BOOK 33 OF PLATS, PAGE 40, AND AS AMENDED IN BOOK 34 OF PLATS, PAGE 4, ALL AS RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA AND FURTHER DEFINED IN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR FLAMINGO RIDGE, RECORDED ON DECEMBER 16, 1985 IN BOOK 2233 AS DOCUMENT NO 2192514.

EXCEPTING THEREFROM THE EXCLUSIVE RIGHT TO POSSESSION OF THAT AREA DESIGNATED AS LIMTED COMMON AREA, AS DEFINED IN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND AS SHOWN UPON THE MAP FOR FLAMINGO RIDGE REFERRED TO ABOVE.

AND FURTHER EXCEPTING THEREFROM FOR THE BENEFIT OF OWNERS OF CONDOMINIUMS LOCATED IN PHASES 1, 2, AND 4 THROUGH 9, NON-EXCLUSIVE EASEMENTS ON, OVER AND UNDER THE COMMON AREA FOR PHASE 6 AS DEFINED AND SHOWN ON THE PLAT OF FLAMINGO RIDGE REFERRED TO ABOVE FOR INGRESS, EGRESS AND RECREATIONAL USE SUBJECT TO THE TERMS AND MORE PARTICULARLY SET FORTH IN THE DECLARATION OF COVENANTS CONDISITON AND RESTRICTIONS TO WHICH REFERENCE IS HEREAFTER MADE EXCEPTING FROM THE COMMON AREA, ANY RESIDENTIAL BUILDING THEREOF AND ANY PORTION THEREOF WHICH IS DESIGNATED AS LIMTED COMMON AREA. THE EASEMENT RESERVED HERE IN HSAL BECOME EFFECTIVE UPON RECORDATION OF DECLARATION OF ANNEXATION DECLARING PHASES 6 THROUGH 9, RESPECTIVELY, TOBE SUBJECT TO THE DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS TO WHICH REFERENCE IS HEREAFTER MADE.

PARCEL II:

UNIT THIRTY-TWO (32) IN BUILDING SIX (6) OF FLAMINGO RIDGE, AS SHOWN UPON THE PLAT ABOVE REFERENCED AND FURTHER DEFINED IN THE AFOREMENTIONED COVENANTS CONDITIONS AND RESTRICTIONS.

PARCEL III:

THE EXCLUSIVE RIGHT TO POSSESSION AND ENJOYMENT OF THAT ARE DESIGNATED AS LIMITED COMMON AREA APPURTENANT TO THE UNIT BEAREING THE SAME NUIMBER AND THE PARKING SPACE AS SHOWN AND DESCRIBED ON THE PLAT OF FLAMINGO RIDGE IN BOOK 33 OF PLATS PAGE 40 AND AS AMENDED IN BOOK 34 OF PLATS PAGE 4 AS RECORDEIN IN THEOFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA AND FURTHER DEFINED IN THE DECLARATION OF COVENANTS CONDITIONS AND RESTRICTIONS FOR FLAMINGO RIDGE.

PARCEL IV:

A NON-EXCLUSIVE EASEMENT FOR INGRESS EGRESS AND RECREATIONSAL USE ONOVER AND UNDER THE COMMON AREAS OF PHASES 1, 2, AND 4 THROUGH 9 WHICH EASEMENT IS APPURTENANT TO PARCELS 1, 2 AND 3 DESCRIBED ABOVE THE EAEMENT SHALL BECOME EFFECTIVE UPON THE RECORDATION OF A DECLARATION OF ANNEXATION DECLARING PHASE 6 THROUGH 9 TO BE SUBJECT TOTHE DECLARATION OF RESTRICTIONS TO WHICH REFERENCE IS MADE HEREIN OR A SEPARATE DECLARATION OF RESTRICTIONS WHICH REQUIRES THE OWNERS OF PHASE 6 THROUGH 9 TO BE MEMBERS OF THE ASSOCIATION AS DEFINED IN SAID RESTRICTIONS ALL AS MORE FULLY SET FORTH IN THE DECLARATION OF COVENANTS CONDITIONS AND RESTRICTION REFERRED TO ABOVE THE COMMON AREA REFERRED TO HEREIN AS PHASES 1, 2 AND 4 THROUGH 9 SHALL BE AS SHOWN AND DESCRIBED ON THE PLAT FLAMINGO RIDGE RECORDED IN THE OFFICE OF THE OCUNTY RECORDER CLARK COUNTY, NEVADA EXCEPTING THEREFROM ANY RESIDENTIAL BUILDINGS THEREON AND ANY PORTION THEREOF WHICH MAY BE DESIGNATED AS RESTRICTED COMMON AREA.

///
///
///
///
///
///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES** *#10235*
By:____/s/Gregory L. Wilde, Esq____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107


APPROVED / DISAPPROVED

By:_____
David E. Doxey
211 N. Buffalo Drive, Suite A
Las Vegas, NV 89145
Attorney for Debtor(s)

Nevada Bar No:_____


APPROVED / DISAPPROVED

By:_____
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor