Entered on Docket
March 23, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

McCalla, Raymer, Padrick
09-78116

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-32698-bam |
| Beatriz Diaz | Date: 2/2/2010<br>Time: 1:30 pm |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor McCalla, Raymer, Padrick, its assignees and/or successors in interest, of the subject

1 property, generally described as 163 A Ridge Road, Cedar Grove, NJ 07009, and legally described as
2 follows:

3   ALL THAT CERTAIN TRACT OR PARCEL OF LAND AND UNIT AND PREMISES,
4   LYING SITUATE AND BEING IN THE TOWNSHIP OF CEDAR GROVE, COUNTY OF
    ESSEX AND STATE OF NEW JERSEY:
5
6   BEING KNOWN AS TAX LOT 201-C0049 IN BLOCK 40 ON THE TOWNSHIP OF
    CEDAR GROVE TAX MAP.

7   BEING ALSO KNOWN AS APARTMENT UNIT # 163A IN "RIDGE GARDENS, A
8   CONDOMINIUM, TOGETHER WITH AN UNDIVIDED 1.7878 PERCENTAGE
    INTERESTS IN COMMON ELEMENTS, APPURIENANT THERETO IN ACCORDANCE
9   WITH AND SUBJECT TO THE TERMS, CONDITIONS, LIMITATIONS, COVENANTS,
    RESTRICTIONS AND OTHER PROVISIONS OF THE MASTER DEED DATED
10  FEBRUARY 10, 1984, AND RECORDED MARCH 6, 1984 IN THE ESSEX COUNTY
    REGISTER'S OFFICE IN DEED BOOK 4819 PAGE 546 AND AMENDMENT THEREOF IN
11  DEED BOOK 4847 PAGE 830 AND ANY OTHER AMENDMENTS AND SUPPLEMENTS
    THERETO.
12
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
   ///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

DATED this _____ day of _____ 2009

Submitted by:

WILDE & ASSOCIATES

By: /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
David E. Doxey
211 N. Buffalo Drive, Suite A
Las Vegas, NV 89145
Attorney for Debtor(s)

APPROVED / DISAPPROVED

By:_____
Joseph B. Atkins
5030 Paradise Road #B-213
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order          \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor